**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Derrick WILLIAMS, Defendant–
Appellant.**

No. 07–14996
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 6, 2008.

Chet Kaufman, Randolph P. Murrell, Charles William Lammers, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before CARNES, BARKETT, and MARCUS, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Derrick Williams, has filed a motion to withdraw on appeal, supported by a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Williams' supervised release and his sentence are **AFFIRMED.**